**LANKLER SIFFERT & WOHL LLP**
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX   (212) 764-3701

March 15, 2018

**BY ECF**
The Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Reichert, 11-CR-1056**

Dear Judge Cote:

    We write on behalf of our client, Eberhard Reichert, who pled guilty today to one count of the above referenced indictment.

    At the hearing, the Court ordered a modification of Mr. Reichert's bail conditions to lift all travel restrictions. Mr. Reichert hopes to return home to Munich as soon as possible. We request that the Court issue an order directing the Pretrial Services Office to release Mr. Reichert's passport either to him or the undersigned counsel, and permitting Mr. Reichert to retain possession of his passport indefinitely unless otherwise ordered by the Court.

    We have conferred with both AUSA Niketh Velamoor and the Pretrial Services Office. Neither objects to our request.

    We have enclosed a proposed order for the Court's convenience.

                                                Very truly yours,

                                                Gabrielle Friedman

Enclosure
cc: AUSA Niketh Velamoor, by ECF

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br><br>-against-<br><br>EBERHARD REICHERT,<br><br>Defendant. | 11-CR-1056 (DLC) |

## **[PROPOSED] ORDER**

WHEREAS Mr. Reichert pled guilty to a single count of the Indictment against him in a hearing before this Court on March 15, 2018;

WHEREAS at the March 15th hearing, the Court ordered that Mr. Reichert's bail conditions be modified to remove all travel restrictions;

IT IS HEREBY ORDERED that, in order to facilitate Mr. Reichert's modified bail conditions permitting Mr. Reichert to travel without restriction, the United States Pretrial Services Office shall return Mr. Reichert's passport to either him or his counsel. It is further ordered that Mr. Reichert shall retain possession of his passport indefinitely unless otherwise ordered.

Dated: New York, New York
      March __, 2018

_____
DENISE COTE
United States District Judge