```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :   11Cr1056-05 (DLC)
UNITED STATES OF AMERICA,                 :
                                          :         ORDER
            -v-                           :
                                          :
EBERHARD REICHERT,                        :
                    Defendant.            :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

As set forth at the guilty plea hearing held on March 15, 2018, it is hereby

ORDERED that the defendant's bail conditions are modified to remove the travel restrictions and permit the defendant to return to Germany.

IT IS FURTHER ORDERED that the U.S. Pretrial Services Office shall return the defendant's passport to him.

Dated:   New York, New York
         March 15, 2018

                                   _____
                                           DENISE COTE
                                   United States District Judge