UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,

-v-

EBERHARD REICHERT,
                Defendant.
------------------------------------------X

11cr1056-05 (DLC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2019

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the United States Probation Office shall prepare a PreSentence Investigation Report. Counsel for defendant shall arrange to have the defendant interviewed by the Probation Department within two weeks of this Order.

IT IS HEREBY ORDERED that sentencing is scheduled for **March 13, 2020** at **11:00 a.m.**

IT IS FURTHER ORDERED that the Government's submission regarding sentence shall be due **February 28** and the defendant's submission shall be due **March 6**. Counsel shall provide one (1) courtesy copy of their submissions to the Court by mail or delivery to the U.S. Courthouse, 500 Pearl Street, New York, NY.

Dated:    New York, New York
           December 6, 2019

                                    _____
                                        DENISE COTE
                                United States District Judge