UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :        11Cr1056(DLC)
                                      :
          -v-                         :        ORDER
                                      :
EBERHARD REICHERT,                    :
                    Defendant.        :
                                      :
------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/2020
```

DENISE COTE, District Judge:

On April 3, 2020, this Court granted the defendant's request to conduct his sentencing by videoconference or telephone conference and scheduled his sentencing for April 17, 2020 at 1:00 pm. Accordingly, it is hereby

ORDERED that defense counsel shall discuss the attached form, Waiver of Right to be Present at Criminal Proceeding, with the defendant. If there is informed and voluntary consent to waive his in-person presence at the sentencing, defense counsel shall file with the Court the executed form by **April 15, 2020.** Counsel is advised that in the event the defendant consents but counsel is unable to obtain the defendant's physical signature on the attached form, the Court will conduct an inquiry on April

17 to determine whether it is appropriate for the Court to add

the defendant's signature to the form.

Dated:     New York, New York
           April 9, 2020

_____
DENISE COTE
United States District Judge