```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      11Cr1056(DLC)
                                         :
            -v-                          :      ORDER
                                         :
EBERHARD REICHERT,                       :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of April 3, 2020 advised the parties that the April 17 sentencing would proceed via telephone conference unless the Court informed the parties that it had made accommodations to proceed via videoconference.

It appearing that videoconferencing is not reasonably available, it is hereby

ORDERED that the April 17 conference will proceed via telephone conference as set forth in the April 3 Order.

IT IS FURTHER ORDERED that all sentencing submissions, in unredacted form, shall be emailed to CoteNYSDChambers@nysd.uscourts.gov.

Dated:   New York, New York
         April 10, 2020

                                   _____
                                        DENISE COTE
                                   United States District Judge