UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA,             :
                                      :     11Cr1056(DLC)
              -v-                     :
                                      :     ORDER
EBERHARD REICHERT,                    :
                         Defendant.   :
------------------------------------ X

DENISE COTE, District Judge:

     An Order of April 3, 2020 provided the dial-in credentials

for the sentencing that is scheduled for today, **April 17, 2020**

at **1:00 pm.**  The April 3 order provided dial-in credentials for

individuals calling from the United States to join the telephone

call toll-free.  Accordingly, it is hereby

     ORDERED that callers from the United States shall still use

the toll-free dial-in credentials provided in the April 3 Order:

              Dial-in: 888-363-4749
              Access code: 4324948

     IT IS FURTHER ORDERED that international callers shall use

the following dial-in credentials, which will require

international callers to pay a toll:

              Dial-in: 215-446-3662
              Access code: 4324948

Dated:    New York, New York
          April 17, 2020

                              _____
                                   DENISE COTE
                         United States District Judge